IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wagner, Phyllis Rita | Case Number: 04 B 24806 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 5/20/08 | Filed: 7/2/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 18, 2008
Confirmed: September 7, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 11,400.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 9,010.30 |
| Priority: | | 0.00 |
| Administrative: | | 1,790.00 |
| Trustee Fee: | | 558.46 |
| Other Funds: | | 41.24 |
| Totals: | 11,400.00 | 11,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 1,790.00 | 1,790.00 |
| 2. | Resurgent Capital Services | Unsecured | 120.86 | 194.19 |
| 3. | American Express Centurion | Unsecured | 1,332.49 | 2,284.21 |
| 4. | RoundUp Funding LLC | Unsecured | 326.46 | 559.62 |
| 5. | Capital One | Unsecured | 72.09 | 115.86 |
| 6. | Resurgent Capital Services | Unsecured | 81.53 | 131.02 |
| 7. | ECast Settlement Corp | Unsecured | 1,207.21 | 2,069.47 |
| 8. | Resurgent Capital Services | Unsecured | 791.72 | 1,357.22 |
| 9. | Capital One | Unsecured | 64.44 | 110.45 |
| 10. | ECast Settlement Corp | Unsecured | 981.98 | 1,683.34 |
| 11. | American Express Travel Relate | Unsecured | 210.58 | 361.03 |
| 12. | ECast Settlement Corp | Unsecured | 89.54 | 143.89 |
| 13. | AT&T | Unsecured | | No Claim Filed |
| 14. | Fleet Bank | Unsecured | | No Claim Filed |
| 15. | Estate Recoveries | Unsecured | | No Claim Filed |
| 16. | Home Depot | Unsecured | | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured | | No Claim Filed |
| | | | $ 7,068.90 | $ 10,800.30 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 83.42 |
| 4% | 18.75 |
| 3% | 62.96 |
| 5.5% | 148.32 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wagner, Phyllis Rita | Case Number: 04 B 24806 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 5/20/08 | Filed: 7/2/04 |

```
              5%              38.95
            4.8%              93.07
            5.4%             112.99
                         _____
                          $ 558.46
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                      Marilyn O. Marshall, Trustee, by:

                                      _____